**Jerry Lee KEY, Plaintiff-Appellant,**

v.

**UNITED STATES of America,**
**Defendant-Appellee.**

No. 17-7391

United States Court of Appeals,
Fourth Circuit.

Submitted: February 15, 2018

Decided: February 20, 2018

Jerry Lee Key, Appellant Pro Se.

Before WILKINSON, FLOYD, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry Lee Key appeals the district court's order accepting the recommendation of the magistrate judge and denying Key's motion for a certificate of innocence pursuant to 28 U.S.C. § 2513 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for

the reasons stated by the district court. *Key v. United States*, No. 2:17-cv-00556, 2017 WL 4399553 (S.D.W. Va. Sept. 29, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*